William D. Hyslop
United States Attorney
Eastern District of Washington
Dominique Juliet Park
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 15 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:20-CR-184-RMP |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(2) Felon in Possession of a Firearm and Ammunition |
| CHRISTOPHER LUVIAN, | |
| Defendant. | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about July 7, 2020, in the Eastern District of Washington, the Defendant, CHRISTOPHER LUVIAN, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Smith & Wesson, model M&P 40 Shield, .40 S&W caliber semi-automatic pistol, bearing serial number HTF4253 and ammunition, to wit: 11 rounds of .40 S&W caliber ammunition, each bearing a head stamp marked with "FEDERAL 40 S&W", which firearm and ammunition had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

INDICTMENT – 1

Case 2:20-cr-00184-RMP    ECF No. 1    filed 12/15/20    PageID.2    Page 2 of 2

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), or an offense in violation of 18 U.S.C. § 922(k), 924(a)(1)(B), as set forth in Count 1 of this Indictment, the Defendant, CHRISTOPHER LUVIAN , shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

DATED this 14 day of December, 2020.



_____
William D. Hyslop
United States Attorney

_____
Dominique Juliet Park
Assistant United States Attorney

INDICTMENT – 2