FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER LUVIAN,<br><br>Defendant. | No. 2:20-CR-00184-RMP-1<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR RELEASE TO INPATIENT TREATMENT<br><br>**MOTION GRANTED**<br>**(ECF No. 32)** |

Before the Court is Defendant's Motion for Release to Inpatient Treatment, **ECF No. 32**. Defendant recites in his motion that the United States opposes this request.

Specifically, Defendant requests permission to be **released to Spokane Addiction Recovery Centers (SPARC) on May 5, 2021.**

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 32**, is **GRANTED**. Defendant shall be released to SPARC staff at **10:00 a.m. on May 5, 2021**.

While released from the U.S. Marshal's custody, Defendant shall be supervised by Pretrial Services and subject to the following conditions:

**(1)** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

ORDER - 1

**(2)** Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**(3)** Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**(4)** **Defendant shall sign and complete A.O. Form 199C before being released** and shall reside at the address furnished.

**(5)** Defendant shall not possess a firearm, destructive device or other dangerous weapon.

**(6)** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**(7)** Defendant shall contact defense counsel at least once a week.

**(8)** Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**(9)** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**(10)** Defendant shall surrender any passport and Enhanced Driver's License to Pretrial Services and shall not apply for replacements.

**(25)** **Inpatient Treatment**: Defendant shall immediately enter into and successfully complete an inpatient treatment program.

Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records

ORDER - 2

related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

Pretrial Services will monitor Defendant while in treatment. Defendant shall comply with all directives of the U.S. Probation Officer.

If Defendant terminates any treatment program before it is completed, the treatment provider and Defendant shall immediately notify the U.S. Probation Officer, and Defendant shall immediately return to the custody of the U.S. Marshal.

**Defendant shall return to the custody of the U.S. Marshal upon completion of treatment, absent further order of the Court.**

**IT IS SO ORDERED.**

DATED May 3, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 3