FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2021
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:20-CR-00184-RMP-1 |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE WITH LEAVE TO RENEW |
| v. | |
| CHRISTOPHER LUVIAN, | **MOTION DENIED WITH LEAVE TO RENEW (ECF No. 36)** |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 36**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting to reside at Palouse Oxford House and participate in intensive outpatient treatment upon discharge from inpatient treatment.

The Court has considered the motion and progress report, **IT IS ORDERED** Defendant's Motion, **ECF No. 36,** is **DENIED WITH LEAVE TO RENEW**. The Defendant shall return to the custody of the U.S. Marshal upon completion of inpatient treatment, pursuant to the terms of the Court's previous order, **ECF No. 33.**

**IT IS SO ORDERED.**

DATED May 25, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1