PROB 12C
(6/16)

Report Date: April 1, 2026

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Luvian          Case Number: 0980 2:20CR00184-SAB-1

Address of Offender: ███████████ Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 18, 2022

Original Offense:        Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:    Probation - 60 Months          Type of Supervision: Probation

Asst. U.S. Attorney:    Dominique Juliet Park          Date Supervision Commenced: January 18, 2022

Defense Attorney:    Molly Marie Winston          Date Supervision Expires: January 17, 2027

---

### PETITIONING THE COURT

To issue a warrant.

On January 21, 2022, Mr. Christopher Luvian, signed his conditions relative to case number 2:20CR00184-SAB-1, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Luvian is alleged to have violated mandatory condition number 3, by ingesting fentanyl on three separate occasions between March 12 and 28, 2026, based on his admission.

Specifically, on March 16, 2026, Mr. Luvian reported to the U.S. Probation Office in Spokane for the purpose of random urinalysis testing. During testing, Mr. Luvian provided a urinalysis sample that tested presumptive positive for fentanyl, amphetamine and methamphetamine. Mr. Luvian denied intentional use of the substances, but advised that he had accepted a performance "pill" from a coworker last Friday that he later ingested. Mr. Luvian clarified his understanding that the pill had been acquired from "overseas." On March 21 and 27, lab reports were received by the U.S. Probation Office confirming the sample provided by Mr. Luvian as being positive for both fentanyl and methamphetamine.

Prob12C
**Re: Luvian, Christopher**
**April 1, 2026**
**Page 2**

On March 31, 2026, Mr. Luvian again reported as directed for urinalysis testing and to allow for further dialogue surrounding his March 16, 2026, urinalysis. Prior to testing, Mr. Luvian became emotional and indicated having relapsed on fentanyl, most recently on March 28, 2026. Mr. Luvian also admitted to previous intentional use of fentanyl occurring on or about March 12, and 14, 2026, stating that the previous story about his having acquired a pill from a coworker was false.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 1, 2026

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

4/2/2026

Date