PROB 12C
(6/16)

Report Date:  April 7, 2026

**United States District Court**

for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2026

SEAN F. McAVOY, CLERK

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Christopher Luvian        Case Number: 0980 2:20CR00184-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮ Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 18, 2022

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Probation - 60 Months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: January 18, 2022 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: January 17, 2027 |

**PETITIONING THE COURT**

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/01/2026.

On January 21, 2022, Mr. Christopher Luvian, signed his conditions relative to case number 2:20CR00184-SAB-1, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Luvian is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about March 16, 2026, based on urinalysis testing.

Specifically, on March 16, 2026, Mr. Luvian reported to the U.S. Probation Office for the purpose of random urinalysis testing. During testing, Mr. Luvian provided a urinalysis sample that tested presumptive positive for fentanyl, amphetamine and methamphetamine. While Mr. Luvian would later admit to his intentional use of fentanyl, as previously reported to the Court in the petition dated April 1, 2026, he has continued to deny any use of methamphetamine or amphetamine. The sample was packaged and forwarded to the lab for verification.

Prob12C
**Re: Luvian, Christopher**
**April 7, 2026**
**Page 2**

On March 27, 2026, the lab report was received and confirmed the sample as being positive for methamphetamine.

3        **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Mr. Luvian is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about March 29, 2026, based on both urinalysis testing and his admission of such use.

Specifically, on April 2, 2026, Mr. Luvian reported to the U.S. Probation Office in Spokane for the purpose of random urinalysis testing. During testing, Mr. Luvian provided a urinalysis sample that tested presumptive positive for fentanyl, amphetamine and methamphetamine. Mr. Luvian subsequently admitted to previously ingesting methamphetamine on or about March 29, 2026. Mr. Luvian did sign a drug use admission form serving to memorialize the admission.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 7, 2026

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS
[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

4/8/2026

Date