PROB 12C
(6/16)

Report Date: November 3, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 05, 2026
SEAN F. MCAVOY, CLERK

ECF No 122

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Luvian Case Number: 0980 2:20CR00184-SAB-1

Address of Offender: [redacted], Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 18, 2022

Original Offense: Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence: Probation - 60 Months Type of Supervision: Probation

Asst. U.S. Attorney: Earl Allan Hicks Date Supervision Commenced: January 18, 2022

Defense Attorney: Amy H. Rubin Date Supervision Expires: January 17, 2027

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/20/2026.

On January 21, 2022, Mr. Christopher Luvian, signed his conditions relative to case number 2:20CR00184-SAB-1, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Luvian is alleged to have violated mandatory condition number 3 by ingesting fentanyl on or about October 20, 2026, based on urinalysis testing.

Specifically, on October 20, 2026, Mr. Luvian reported to the U.S. Probation Office in Spokane for the purpose of urinalysis testing. Prior to testing, Mr. Luvian admitted to having relapsed on methamphetamine on or about October 18, 2026. Mr. Luvian then provided a urinalysis sample that tested presumptive positive for fentanyl, amphetamine, methamphetamine, alcohol and MDMA. Mr. Luvian denied his intentional use of any other substance as identified during initial testing.

Mr. Luvian's previous admitted use of methamphetamine was previously reported to the Court in the petition dated October 20, 2026. On October 29, 2026, the lab report specific to Mr. Luvian's submitted urinalysis sample was received by the U.S. Probation Office, and confirmed the sample as being positive for fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 2, 2026

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/5/2026

Date